No. 04–7675. CHILDERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–7676. COFFEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7677. DIXSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7683. LATTNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7684. ROBINSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7690. ESQUIVEL-CABRERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7692. DORE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7699. HUNTER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–7703. GONZALEZ-GONZALES, AKA SOTO FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–920. CRAWFORD, INTERIM FIELD OFFICE DIRECTOR, SEATTLE, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. *v.* MARTINEZ-VAZQUEZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–1265. CRAWFORD, INTERIM FIELD OFFICE DIRECTOR, SEATTLE, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. *v.* RIVERON-AGUILERA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–1436. ALCANTER, FIELD OFFICE DIRECTOR, SAN FRANCISCO, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. *v.* PEDROSO. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.